# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

147697

CAROL A. BELLOR,
        Plaintiff-Appellee,

v

BAY METROPOLITAN TRANSPORTATION
AUTHORITY,
        Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147697
COA: 312840
MCAC: 10-000142

_____/

On order of the Court, the application for leave to appeal the July 31, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



t1216

Clerk